No. 78–1199. FOREST LAWN MEMORIAL GARDENS, INC., ET AL. *v.* AYRES ET AL. Ct. App. Tenn. Certiorari denied.

No. 78–1203. SHAGOURY *v.* MASSACHUSETTS. Ct. App. Mass. Certiorari denied.

No. 78–1220. LEY *v.* CATS ET AL. C. A. 2d Cir. Certiorari denied.

No. 78–1234. GUST *v.* CRAMER. C. A. 2d Cir. Certiorari denied.

No. 78–1242. INSURANCE COMPANY OF NORTH AMERICA *v.* FILOR, BULLARD & SMYTH. C. A. 2d Cir. Certiorari denied.

No. 78–1244. FREDERICKS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 78–1246. PARISH ET AL. *v.* MARYLAND & VIRGINIA MILK PRODUCERS ASSN., INC., ET AL. C. A. 4th Cir. Certiorari denied.

No. 78–1280. WERBROUCK *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 78–5771. BURKE *v.* VIRGINIA STATE PENITENTIARY. C. A. 4th Cir. Certiorari denied.

No. 78–5796. EBY ET AL. *v.* VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 78–5809. ARTWAY *v.* KLEIN ET AL. C. A. 3d Cir. Certiorari denied.

No. 78–5810. TURNER ET AL. *v.* JONES ET AL. C. A. 5th Cir. Certiorari denied.

No. 78–5823. BERTOLOTTI *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.